UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1080

**Caption [use short title]**

**Motion for:** leave to withdraw as an attorney

Schiebel

v.

Schoharie Central School District

Set forth below precise, complete statement of relief sought:

Motion for Leave to Withdraw as Counsel for Amicus Curiae, Public Justice

**MOVING PARTY:** Public Justice, Amicus Curiae  **OPPOSING PARTY:** Keith Schiebel

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Mollie Berkowitz  **OPPOSING ATTORNEY:** Karen Sanders

[name of attorney, with firm, address, phone number and e-mail]

Public Justice

1620 L St., Suite 630, Washington, DC 20036

202.797.8600, mberkowitz@publicjustice.net

Tully Rinckey

400 Linden Oaks, Ste 110, Rochester, NY 14625

(585) 492-4700; ksanders@tullylegal.com

**Court- Judge/ Agency appealed from:** NDNY -- Hon. Lawrence E. Kahn

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☑ Yes  ☐ No  If yes, enter date: March 6, 2024

**Signature of Moving Attorney:**
/s/ Mollie Berkowitz  **Date:** March 4, 2024  **Service:** ☑ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 23-1080

**In the United States Court of Appeals
for the Second Circuit**

―――――――――――――――――――

KEITH SCHIEBEL,
*Plaintiff-Appellant,*

v.

SCHOHARIE CENTRAL SCHOOL DISTRICT,
KRISTEN DUGUAY, AND DAVID BLANCHARD,
*Defendants-Appellees.*

―――――――――――――――――――

On Appeal from the United States District Court
for the Northern District of New York
1:22-CV-1109
Hon. Lawrence E. Kahn

―――――――――――――――――――

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
FOR AMICUS CURIAE PUBLIC JUSTICE**

Pursuant to Local Rule 27.1, Amicus Curiae Public Justice moves to withdraw the appearance of Mollie Berkowitz as counsel for amicus curiae in the above-captioned matter. Ms. Berkowitz is ending her employment with Public Justice effective March 7, 2024. Public Justice will continue to be represented by Alexandra

1

Brodsky and Adele Kimmel. All parties have consented to this Motion, and no party will be prejudiced by Ms. Berkowitz's withdrawal.

Dated: March 4, 2024

Respectfully submitted,

/s/ *Mollie Berkowitz*
Mollie Berkowitz
PUBLIC JUSTICE
1620 L Street NW
Suite 630
Washington, DC 20036
(202) 797-8600
mberkowitz@publicjustice.net

*Counsel for Amicus Curiae*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 4, 2024	*/s/ Mollie Berkowitz*
Mollie Berkowitz
*Counsel for Amicus Curiae*